In the Matter of the Application of GEORGE M. LEVY, Petitioner, for a Peremptory Order of Mandamus against PHILIP F. WIEDERSUM, County Comptroller, Respondent.

Supreme Court, Nassau County, May 31, 1927.

*Levy, Fishel & Beck*, for the plaintiff.

*H. Stewart McKnight*, for the defendant.

MAY, J.   A police officer of the Nassau county police assigned to and doing the work of, and in co-operation with, county officers of said county is a county officer within the meaning of subdivision 3 of section 240 of the County Law.

Motion for a peremptory order of mandamus granted.   Order signed.